IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ℯℊ ___ O.C.

05 MAY 11  AM 9: 24

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

EDGAR MCDANIEL,

    Plaintiff,

v.                           No. 04-2667 BP

AMERICAN GENERAL FINANCIAL
SERVICES, INC., et al.,

    Defendants.

## ORDER DENYING AS MOOT DEFENDANT'S COMBINED MOTION FOR CONTEMPT AND MEMORANDUM OF FACTS AND LAW IN SUPPORT THEREOF

Defendant, American General Financial Services, Inc., filed a combined motion for contempt and memorandum of facts and law in support thereof on March 16, 2005, which was set for a hearing before Magistrate Judge Tu M. Pham on May 12, 2005. On May 6, 2005, Defendant filed a notice withdrawing the motion. Accordingly, the Court DENIES the motion as moot.

IT IS SO ORDERED this 10th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CV-02667 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

John C. Speer
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT