UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EDGAR MCDANIEL<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, INC., AMERICAN UNICORN, INC. DBA HOME STORE COMPANY, TRI-STATE TITLE & ESCROW AND HAYSE NELSON,<br><br>Defendants. | Case No. 04-2667-BP |

### ORDER ON UNOPPOSED MOTION OF DEFENDANT, AMERICAN GENERAL FINANCIAL SERVICES, INC., FOR EXTENSION OF TIME TO NAME EXPERT

Before the Court is the Unopposed Motion of Defendant, American General Financial Services, Inc., for Extension of Time to Name Expert. The Court hereby finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED that Defendant, American General Financial Services, Inc., shall have through completion of discovery in which to name an expert.

IT IS SO ORDERED this 20 day of June, 2005.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6/21/05

5106392.1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:04-CV-02667 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John C. Speer
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT