IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EDGAR MCDANIEL,

    Plaintiff,

v.   No. 04-2667-B/P

AMERICAN GENERAL FINANCIAL
SERVICES, INC., AMERICAN UNICORN,
INC. d/b/a HOME STORE COMPANY,
TRI-STATE TITLE & ESCROW and
HAYSE NELSON,

    Defendants.

## AMENDED RULE 16(b) SCHEDULING ORDER

The following dates are established as the final dates for:

COMPLETING ALL DISCOVERY:

    (a)    DEPOSITIONS OR FACT WITNESSES: August 30, 2005

    (b)    EXPERT DISCLOSURE (Rule 26(a)(a):

        (i) Plaintiff's Experts: September 15, 2005

        (ii) Defendant's Experts: October 7, 2005

    (c)    DEPOSITIONS OF EXPERTS: October 28, 2005

FILING DISPOSITIVE MOTIONS: November 11, 2005

The trial of this matter is set for Jury Trial on February 21, 2006, at 9:30 a.m. A pretrial conference will be conducted on February 9, 2006, at 9:00 a.m. A joint pretrial order, jury instructions and motions in limine are due on February 2, 2006.

Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CV-02667 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

John C. Speer
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT