FILED BY ___ D.C.

05 AUG 29 PM 5: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EDGAR MCDANIEL,

    Plaintiff.

v.

Case No.: 04-2667-B P

AMERICAN GENERAL FINANCIAL
SERVICES INC., AMERICAN UNICORN,
INC. d/b/a HOME STORE COMPANY,
TRI-STATE TITLE & ESCROW and
HAYSE NELSON,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO AMEND ANSWER BY DEFENDANT, AMERICAN GENERAL FINANCIAL SERVICES, INC.

Before the Court is the Unopposed Motion to Amend Answer by Defendant, American General Financial Services, Inc. ("American General"), pursuant to Rule 15 of the Federal Rules of Civil Procedure. The Court hereby finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that American General shall have leave to amend its answer in this matter, and that the Amended Answer filed by American General on August 12, 2005 shall be accepted.

IT IS SO ORDERED this __29__ day of August, 2005.

                        /s/ signature

                        UNITED STATES ~~DISTRICT~~ JUDGE
                        Magistrate

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05



5110470.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:04-CV-02667 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

John C. Speer
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT