FILED BY _____ D.C.

05 NOV 16 PM 4:46

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EDGAR MCDANIEL,

    Plaintiff.

v.                                  Case No.: 04-2667-B P

AMERICAN GENERAL FINANCIAL
SERVICES INC., AMERICAN UNICORN,
INC. d/b/a HOME STORE COMPANY,
TRI-STATE TITLE & ESCROW and
HAYSE NELSON,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE DISPOSITIVE MOTIONS

Before the Court is the Unopposed Motion of Defendant, American General Financial Services, Inc., for Extension of Deadline to File Dispositive Motions. The Court hereby finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED that the deadline to file dispositive motions shall be extended through November 23, 2005.

IT IS SO ORDERED this 16 day of November, 2005.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-17-05

Prepared by:

*[signature: Kristen Wright]*

John C. Speer (#07969)
Mary Katherine Hovious (#020136)
Kristen C. Wright (#021771)
BASS BERRY & SIMS, PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone: (901) 543-5900
Facsimile: (901) 543-5999

*Attorneys for Defendant,*
*American General Financial Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on the following via U.S. Mail and/or facsimile to the following named counsel this ___9___ day of November, 2005:

Webb A. Brewer
Sapna V. Raj
Memphis Area Legal Services
Memphis Fair Housing Center
Counsel for Edgar McDaniel
109 N. Main Street, Suite 201
Memphis, Tennessee 38103

*[signature: Kristen Wright]*

5115188v.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:04-CV-02667 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John C. Speer
BASS BERRY & SIMS PLC
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT