IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EDGAR MCDANIEL,

    Plaintiff,

v.                                              No. 04-2667 B

AMERICAN GENERAL FINANCIAL
SERVICES INC., AMERICAN UNICORN,
INC. d/b/a HOME STORE COMPANY,
TRI-STATE TITLE & ESCROW and
HAYSE NELSON,

    Defendants.

---

ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER DENYING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT

---

On May 11, 2006, Plaintiff Edgar McDaniel filed a motion to for leave to amend his complaint to add a new cause of action under 42 U.S.C. §§ 3604(f)(1) and 3605(a) alleging that the Defendant, American General Financial Services, Inc. ("American General"), unlawfully discriminated against him on the basis of mental handicap in the terms and conditions of a real estate transaction. The motion was referred to Magistrate Judge Tu M. Pham, who denied the motion in an order dated July 14, 2006. Plaintiff timely filed an appeal of the magistrate judge's order on July 28, 2006.

After considering Plaintiff's objections, the Court finds that the ruling was not clearly erroneous or contrary to law. See FED. R. CIV. P. 72(a). Accordingly, the Plaintiff's appeal is DENIED and the conclusion of the magistrate judge is AFFIRMED.

**IT IS SO ORDERED** this 3rd day of August, 2006

                                          s/ J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE